**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**John William SMITH, Defendant–**
**Appellant.**

**No. 10–14876**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 7, 2011.

Ramona C. Albin, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, Alison Blackwell Austin, Russell Ellis Penfield, U.S. Attorney's Office, Huntsville, AL, for Plaintiff–Appellee.

Brett Wadsworth, Attorney at Law, Jasper, AL, for Defendant–Appellant.

Before TJOFLAT, CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

Brett L. Wadsworth, appointed appellate counsel for John William Smith, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Smith's convictions and sentences are **AFFIRMED.**